

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-13-00944-CR, 01-13-00945-CR

Style:                    Gabriel Palacios

                          v. The State of Texas

Date motion filed*:       April 21, 2014

Type of motion:           Motion to make appellate record available

Party filing motion:      Pro se

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:        Current Due date:

    Date Requested:

Ordered that motion is:

    ☐      Granted

            If document is to be filed, document due:

            ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☒  Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐  Other: _____

    **In his motion, appellant requests that this Court "direct the 338th Criminal District Court to make available to [him] a copy of the appellate record for [his] review." On April 22, 2014, we received a letter from the district court clerk stating that a certified copy of the record was sent to appellant. Therefore, we dismiss appellant's motion as moot. If appellant does not receive the record, we direct him to notify this Court.**

Judge's signature:   /s/ Evelyn V. Keyes
                        ☒ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  May 1, 2014

November 7, 2008 Revision